UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Abubackr Danso

Defendant(s).
-------------------------------------------------------------X

Defendant __Abubackr Danso__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__s/ Abubackr Danso__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Abubackr Danso__
Print Defendant's Name

__/s/ Palma__
Defendant's Counsel's Signature

__Richard Palma__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12 Aug 2020__
Date

_____
U.S. District Judge/U.S. Magistrate Judge